## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

No. 13 Civ. 3477 (AKH)

Target Corporation et al.,

        Plaintiffs,

    v.

Visa Inc. et al.,

        Defendants.

No. 13 Civ. 4442 (AKH)

7-Eleven, Inc. et al.,

        Plaintiffs,

    v.

Visa Inc. et al.,

        Defendants.

## JOINT STIPULATION CONCERNING PRETRIAL SCHEDULE

**WHEREAS,** the above-captioned actions were recently remanded to this Court for trial, having completed pre-trial proceedings in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 05-md-1720 (MKB)(JAM);

**WHEREAS,** on August 7, 2024, the Court ordered that trial will begin on October 20, 2025 and that three plaintiffs from the *7-Eleven* Action (Circle K, the Gap, Inc., and Marathon Petroleum Company LP) and three plaintiffs from the *Target* Action (Macy's, Inc., Target Corporation, and the TJX Companies, Inc.) will present their claims at trial (*see* ECF No. 59 in the *7-Eleven* Action and ECF No. 140 in the *Target* Action);

**WHEREAS,** on September 25, 2024, the Court so-ordered the parties' Joint Stipulation Concerning Expert Substitution and Supplementation (ECF No. 82 in the *7-Eleven* Action and ECF No. 175 in the *Target* Action);

**WHEREAS,** the parties have agreed to a schedule for remaining pretrial procedures that includes certain amendments to the supplemental expert discovery schedule;

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** to the following pretrial schedule:

| November 1, 2024 | Deadline to serve rebuttal expert reports other than Messrs. Kaplan and Harvey |
| --- | --- |
| November 15, 2024 | Defendants' deadline to serve Kaplan and Harvey rebuttal expert reports |
| November 18, 2024 | Defendants' deadline to serve back-up materials for Kaplan and Harvey rebuttal expert reports |
| December 20, 2024 | Deadline for the parties to complete depositions of experts submitting supplemental reports and/or supplemental rebuttal reports |
| January 6, 2025 | Parties exchange initial good faith witness lists (by noon); Submit Joint Agenda for January 8 conference |
| January 24, 2025 – May 30, 2025 | Parties may take depositions of newly disclosed, previously undeposed fact witnesses |
| March 28, 2025 | Parties exchange good faith exhibit lists |
| May 12, 2025 | Parties exchange objections to good faith exhibit lists |
| June 25, 2025 | Parties exchange supplemental/modified witness and exhibit lists; Parties exchange deposition designations for depositions taken by May 30, 2025 |
| July 1, 2025 – August 8, 2025 | Parties may take depositions of newly disclosed, previously undeposed fact witnesses, if any ("Supplemental Depositions")[1] |
| July 15, 2025 | Parties exchange objections to newly served exhibits |
| July 18, 2025 | Parties serve motions in limine |
| July 25, 2025 | Parties exchange counter-designations of depositions taken by May 30, 2025 |
| July 31, 2025 | Parties exchange required components of joint pretrial order |
| August 8, 2025 | Deadline to conclude all supplemental fact discovery and disclosures |

---

[1] While this period is primarily intended for depositions of witnesses first disclosed in supplemental/modified witness lists, the parties may also depose third-party witnesses as needed.

| August 14, 2025 | Parties exchange deposition designations for Supplemental Depositions |
| July 31, 2025 – August 25, 2025 | Parties negotiate objections to components of pretrial order |
| August 25, 2025 | Parties exchange drafts of voir dire, jury instructions, and verdict form |
| August 27, 2025 | Parties exchange counter-designations for Supplemental Depositions |
| August 28, 2025 | Deadline for responses to motions in limine |
| September 4, 2025 | Parties exchange reply deposition designations and objections to counter-designations (for all depositions); Parties exchange FRE 1006 exhibits |
| September 8, 2025 | Submission of joint pretrial order (including deposition designations, counter-designations and objections, and reply designations and objections to counter-designations; exhibit lists with objections and stipulations; and stipulated facts); Parties submit respective proposed voir dire, jury instructions, and verdict forms; Motions in limine fully submitted |
| September 11, 2025 | Deadline for objections to FRE 1006 exhibits |

Dated: November 4, 2024

Respectfully submitted,

*On Behalf of Plaintiffs:*

**SHINDER CANTOR LERNER LLP**

/s/ Jeffrey I. Shinder
Jeffrey I. Shinder
Matthew L. Cantor
David A. Scupp
14 Penn Plaza, 19th Floor
New York, New York 10122
(646) 960-8602
jeffrey@scl-llp.com
matthew@scl-llp.com
david@scl-llp.com

**CONSTANTINE CANNON LLP**

/s/ A. Owen Glist
A. Owen Glist
Ankur Kapoor
Taline Sahakian
6 E. 43 Street
New York, NY
(212) 350-2700
oglist@constantinecannon.com
akapoor@constantinecannon.com
tsahakian@constantinecannon.com

*Attorneys for the 7-Eleven Plaintiffs*

**VORYS, SATER, SEYMOUR, AND PEASE LLP**

/s/ James A. Wilson
James A. Wilson
Robert N. Webner
Douglas R. Matthews
Kimberly Weber Herlihy
Alycia N. Broz
Kenneth J. Rubin

*On Behalf of Defendants:*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/
Brette Tannenbaum
Nina Kovalenko
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
Lisa Danzig
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com
dioffredo@paulweiss.com
ldanzig@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**ARNOLD & PORTER KAYE SCHOLER LLP**

/s/
Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

52 East Gay Street
Columbus, OH 43215
(614) 464-6400
jawilson@vorys.com

**GIBBS & BRUNS LLP**

Kathy D. Patrick
Barrett Reasoner
Jorge M. Gutierrez, Jr.
Nick Beachy
Erica Krennerich
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
(713) 650-8805
kpatrick@gibbsbruns.com

*Attorneys for the Target Plaintiffs*

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**MORRISON & FOERSTER LLP**

/s/_____
Michael B. Miller
250 West 55th Street
New York, NY 10019
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, D.C. 20037
(202) 887-1500
nflemingnolen@mofo.com

*Attorneys for Defendants Bank of America Corp., Bank of America, N.A., and FIA Card Services, N.A.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

/s/_____
Boris Bershteyn
Lara A. Flath
Kamali P. Willett
One Manhattan West
New York, NY 10001
(212) 735-3000
Boris.bershteyn@skadden.com
Lara.Flath@skadden.com
Kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co., Paymentech, LLC (and as successor to
Chase Paymentech Solutions, LLC), and
JPMorgan Chase Bank, N.A. (and as successor
to Chase Bank USA, N.A.)*

SIDLEY AUSTIN LLP

/s/_____
Benjamin R. Nagin
Thomas Andrew Paskowitz
787 Seventh Ave
New York, NY 10019
(212) 839-5300
bnagin@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc.,
Citibank, N.A., and Citicorp Payments
Services, Inc. (now Citicorp Credit Services,
Inc. (USA))*

**PATTERSON BELKNAP WEBB & TYLER LLP**

_/s/_____
William F. Cavanaugh, Jr.
Amy N. Vegari
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
wfcavanaugh@pbwt.com
avegari@pbwt.com

_Attorneys for Defendant Wells Fargo & Company and Wells Fargo Bank, N.A._

So ordered
11-5-24