# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARGET CORP., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>          Defendants. | Case No. 13-cv-3477 (AKH) |
| 7-ELEVEN, INC., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>          Defendants. | Case No. 13-cv-4442 (AKH)<br><br>**So ordered.**<br><br>**/s/ Alvin K. Hellerstein, U.S.D.J.**<br>**5/22/2025** |

### NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH NETWORK DEFENDANTS' MOTION FOR REVISED ORDER REGULATING PROCEEDINGS PROVIDING FOR SEPARATE TRIALS OR IN THE ALTERNATIVE, TO PRECLUDE UNDISCLOSED EXPERT TESTIMONY UNDER FEDERAL RULE OF CIVIL PROCEDURE 37

PLEASE TAKE NOTICE THAT, pursuant to Rule 4(B)(i) of this Court's Individual Rules, the Network Defendants respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for leave to file under seal unredacted versions of: (i) Memorandum of Law in Support of the Network Defendants' Motion for a Revised Order Regulating Proceedings Providing for Separate Trials or in the Alternative, to Preclude Undisclosed Expert Testimony

Under Federal Rule of Civil Procedure 37 (the "Separate Trials Memorandum of Law"); and (ii) certain exhibits attached to the Transmittal Declaration of Gregory J. Dubinsky in Support of the Network Defendants' Motion for a Revised Order Regulating Proceedings Providing for Separate Trials or in the Alternative, to Preclude Undisclosed Expert Testimony Under Federal Rule of Civil Procedure 37 (the "Dubinsky Declaration"). Accordingly, pursuant to Rule 4(B)(i) of this Court's Individual Rules, the Network Defendants are contemporaneously herewith (i) filing on ECF partially redacted copies of the Separate Trials Memorandum of Law and certain exhibits attached to the Dubinsky Declaration, as described in the memorandum of law accompanying and in support of this motion; (ii) filing on ECF placeholders for certain other exhibits attached to the Dubinsky Declaration, as described in the memorandum of law accompanying and in support of this motion; (iii) submitting unredacted copies of the same to the Court; and (iv) serving upon Plaintiffs in the above-captioned actions unredacted copies of the same.

      The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: May 21, 2025                                      Respectfully submitted,

                                                       **HOLWELL, SHUSTER & GOLDBERG LLP**

                                                       By: */s/ Michael S. Shuster*
                                                       Michael S. Shuster
                                                       Demian A. Ordway
                                                       Benjamin F. Heidlage
                                                       Gregory J. Dubinsky
                                                       425 Lexington Avenue
                                                       New York, NY 10017
                                                       (646) 837-5151
                                                       mshuster@hsgllp.com
                                                       dordway@hsgllp.com
                                                       bheidlage@hsgllp.com
                                                       gdubinsky@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo
Donna M. Ioffredo
Lisa Danzig
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com
dioffredo@paulweiss.com
ldanzig@paulweiss.com

Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*