UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

7-ELEVEN, INC. et al.,

                      Plaintiffs,

v.

VISA INC. et al.,

                      Defendants.

13 Civ. 4442 (AKH)

**ORDER REGULATING PROCEEDINGS**

---------------------------------------------------------------- X
---------------------------------------------------------------- X

TARGET CORPORATION et al.,

13 Civ. 3477 (AKH)

                      Plaintiffs,

v.

VISA INC. et al.,

                      Defendants.

---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Today, the Court met with the parties to decide how the case should proceed to trial. The following memorializes what was decided at that conference.

1

The trial will begin on October 20, 2025. Motions *in limine* are to be argued and a pretrial order to be settled beginning on September 15, 2025, at 10:00 a.m. and day to day thereafter, as needed. The parties will next return to Court on January 8, 2025, at 10:30 a.m. for a status conference. Ahead of such meeting, the parties shall submit a joint agenda of issues to be discussed to the Court.

Trial will consist of the following six plaintiffs, three from the 7-11 group and three from the Target group: Circle K, the Gap, Inc., Macy's, Inc., Marathon Petroleum Company LP, Target Corporation, and TJX Companies, Inc. Liability will be tried first and thereafter, if necessary, damages, by the same jury.

Jury selection will begin October 20, 2025, in two stages, first to determine an array of jurors who are able to sit for six to eight weeks, and second, to choose among them the number of jurors who will compose the petit jury. It remains to be decided the number of jurors between six and twelve who will sit for the case.

The stipulation dated August 5, 2024, is denied, and any rights and obligations of the parties contained therein are of no effect.

SO ORDERED.

Dated:   August 7, 2024             _/s/ Alvin K. Hellerstein_____
         New York, New York         ALVIN K. HELLERSTEIN
                                    United States District Judge