UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7-ELEVEN, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VISA INC., et al.,<br><br>  Defendants. | Case No. 13-cv-4442 (AKH)<br><br>**So ordered.**<br><br>**/s/ Alvin K. Hellerstein, U.S.D.J.**<br>**5/30/2025** |
| TARGET CORP., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VISA INC., et al.,<br><br>  Defendants. | Case No. 13-cv-3477 (AKH) |

### NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL

PLEASE TAKE NOTICE THAT, pursuant to Rule 4(B)(i) of this Court's Individual Rules, the 7-Eleven Plaintiffs respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for leave to file under seal certain exhibits attached to the Declaration of David A. Scupp in Opposition to Bank Defendants' Motion for Revised Order Regulating Proceedings Providing for Separate Trials or in the Alternative, to Preclude Undisclosed Expert Testimony Under Federal Rule of Civil Procedure 37 (the "Scupp Declaration").

Accordingly, pursuant to Rule 4(B)(i) of the Court's Individual Rules, the 7-Eleven Plaintiffs are contemporaneously herewith filing on ECF placeholders for those exhibits attached to the Scupp Declaration, as described in the accompanying memorandum of law, submitting unredacted copies of the same to the Court, and serving upon Defendants unredacted copies of the same.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: May 28, 2025

        **SHINDER CANTOR LERNER LLP**

        */s/ Jeffrey I. Shinder*
        Jeffrey I. Shinder
        Matthew L. Cantor
        David A. Scupp
        14 Penn Plaza
        Suite 1900
        New York, NY 10122
        Tel: 646-960-8601
        Fax: 646-960-8625
        jeffrey@scl-llp.com
        matthew@scl-llp.com
        david@scl-llp.com

        **CONSTANTINE CANNON LLP**

        */s/ A. Owen Glist*
        A. Owen Glist
        Ankur Kapoor
        Taline Sahakian
        6 E. 43rd St.
        New York, NY 10017
        Tel: 212-350-2700
        Fax: 212-359-2701
        oglist@constantinecannon.com
        akapoor@constantinecannon.com
        tsahakian@constantinecannon.com

        *Counsel for the 7-Eleven Plaintiffs*