

June 23, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *7-Eleven et. al. v. Visa Inc., et al.*, 13-cv-4442-AKH

Dear Judge Hellerstein:

We write to inform the Court that today Judge Chang continued the trial of the *Grubhub* case to September 2026 to permit this Court to try the claims of the *7-Eleven* and *Target* plaintiffs beginning on April 20, 2026.

Pursuant to the Court's direction in ECF No. 159, Plaintiffs understand that this Court will reset the trial date in these cases to April 20, 2026 and set a final pretrial conference for March 25, 2026 at 10:30 a.m.

Plaintiffs will work with Defendants to revise the schedule for pretrial exchanges and will submit a revised schedule for the Court's consideration shortly.

Respectfully submitted,

**SHINDER CANTOR LERNER LLP**

*/s/ Jeffrey I. Shinder*

**CONSTANTINE CANNON LLP**

*/s/ A. Owen Glist*

*Counsel for the 7-Eleven Plaintiffs*

cc: Counsel of record (via ECF)