UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------- X
TARGET CORP., *et al.*,                     :

                          Plaintiffs       :          **SCHEDULING ORDER**

                                            :

       - against -                          :

                                            :

VISA, INC., *et al.*,                       :          13 Civ. 3477 (AKH)

                                            :

                          Defendants.       :
----------------------------------------------------- X
----------------------------------------------------- X
7-ELEVEN, INC., *et al.*                    :

                                            :          13 Civ. 4442 (AKH)

                          Plaintiffs,       :

                                            :

       - against -                          :

                                            :

VISA INC., *et al.*,                        :

                          Defendants.       :
----------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Trial in *Grubhub Holdings, Inc. v. Visa, Inc.*, 19 Civ. 7273 (N.D. Ill.) having been

adjourned to September 2026, the trial in the above-captioned cases is hereby adjourned to April

20, 2026 at 10:00 a.m.  The final pre-trial conference will be held on March 25, 2026 at 10:30

a.m.

       The parties shall meet and confer, and by July 8, 2025, the parties shall file, via ECF, a

joint schedule as to pretrial disclosures and briefing for the Court's consideration.


                          SO ORDERED.

Dated:        June 24, 2025
              New York, New York

                                                       ALVIN K. HELLERSTEIN
                                                       United States District Judge