UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7-Eleven, Inc., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Visa Inc., et al.,<br><br>        Defendants. | Judge Alvin K. Hellerstein<br><br>Case No. 13-cv-0442 (AKH) |

WHEREAS plaintiff Starbucks Corporation and its subsidiaries ("Plaintiff"), which is a plaintiff in the action *7-Eleven, Inc., et al.* v. *Visa Inc., et al.*, No. 13-cv-04442 (S.D.N.Y.), having fully settled all of its claims in the *7-Eleven* action against Mastercard Incorporated, Mastercard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Non-Visa Defendants") — by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Non-Visa Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: September 16, 2025.

**CONSTANTINE CANNON LLP**

By: /s/ A. Owen Glist
A. Owen Glist
335 Madison Avenue
New York, NY 10017
(212) 350-2776
oglist@constantinecannon.com

**SHINDER CANTOR LERNER LLP**

Jeffrey I. Shinder
David Scupp
14 Penn Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
jeffrey@scl-llp.com
david@scl-llp.com

*Attorneys for Starbucks Corporation*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ Nina Kovalenko
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**MORRISON & FOERSTER LLP**

By: /s/ Natalie Fleming Nolen
Michael B. Miller
250 West 55th Street
New York, NY 10019-9601
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
nflemingnolen@mofo.com
Michael B. Miller

**ZEICHNER ELLMAN & KRAUSE LLP**

Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
dchenkin@zeklaw.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A.*[1]

---

[1] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Dillard's, Inc., Gap, Inc., GNC Holdings, Inc., and Michaels Stores, Inc.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ Boris Bershteyn
　　Boris Bershteyn
　　Kamali P. Willett
　　One Manhattan West
　　New York, NY  10001-8602
　　(212) 735-3000
　　boris.bershteyn@skadden.com
　　kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

**SIDLEY AUSTIN LLP**

By: /s/ Benjamin R. Nagin
　　Benjamin R. Nagin
　　Thomas A. Paskowitz
　　787 Seventh Avenue
　　New York, NY  10019
　　(212) 839-5300
　　bnagin@sidley.com
　　tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payments Services, Inc.)*

5

                **PATTERSON BELKNAP WEBB & TYLER LLP**

By:   /s/ Amy N. Vegari
       Amy N. Vegari
       William F. Cavanaugh
       1133 Avenue of the Americas
       New York, NY   10036
       (212) 336-2000
       rplobue@pbwt.com
       wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A*

**SO ORDERED:**

Dated: 9-16-25

New York, New York

United States District Judge