UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7-Eleven, Inc., et al., <br><br>       Plaintiffs, <br><br> v. <br><br> Visa Inc., et al., <br><br>       Defendants. | Judge Alvin K. Hellerstein <br><br> No. 13 Civ. 4442 (AKH) |

WHEREAS plaintiff Marathon Petroleum Company LP (f/k/a Marathon Petroleum Company LLC prior to October 1, 2010 and Marathon Ashland Petroleum LLC prior to September 1, 2005) ("Plaintiff"), which is a plaintiff in the action *7-Eleven, Inc., et al.* v. *Visa Inc., et al.*, No. 13-cv-04442 (S.D.N.Y.), having fully settled all of its claims in the *7-Eleven* action against Mastercard Incorporated, Mastercard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Non-Visa Defendants") — by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Non-Visa Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: December 16, 2025

          **CONSTANTINE CANNON LLP**

By: _____
    A. Owen Glist
    230 Park Avenue
    New York, NY 10169
    (212) 350-2776
    oglist@constantinecannon.com

**SHINDER CANTOR LERNER LLP**

    Jeffrey I. Shinder
    David Scupp
    14 Penn Plaza, 19th Floor
    New York, NY 10122
    (646) 960-8601
    jeffrey@scl-llp.com
    david@scl-llp.com

*Attorneys for Marathon Petroleum Company LP*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Nina Kovalenko
    William B. Michael
    Brette Tannenbaum
    Nina Kovalenko
    1285 Avenue of the Americas
    New York, NY   10019-6064
    (212) 373-3000
    btannenbaum@paulweiss.com
    nkovalenko@paulweiss.com

    Kenneth A. Gallo
    Donna M. Ioffredo
    2001 K Street, NW
    Washington, DC   20006-1047
    (202) 223-7300
    kgallo@paulweiss.com
    dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**MORRISON & FOERSTER LLP**

By: /s/ Michael B. Miller
Michael B. Miller
250 West 55th Street
New York, NY   10019-9601
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, DC   20037
(202) 887-1500
nflemingnolen@mofo.com
Michael B. Miller

**ZEICHNER ELLMAN & KRAUSE LLP**

Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
dchenkin@zeklaw.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A.*[1]

---

[1] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Dillard's, Inc., Gap, Inc., GNC Holdings, Inc., and Michaels Stores, Inc.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ Boris Bershteyn
    Boris Bershteyn
    Kamali P. Willett
    One Manhattan West
    New York, NY  10001-8602
    (212) 735-3000
    boris.bershteyn@skadden.com
    kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

**SIDLEY AUSTIN LLP**

By: /s/ Benjamin R. Nagin
    Benjamin R. Nagin
    Thomas A. Paskowitz
    787 Seventh Avenue
    New York, NY  10019
    (212) 839-5300
    bnagin@sidley.com
    tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payments Services, Inc.)*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: /s/ Amy N. Vegari
    Amy N. Vegari
    William F. Cavanaugh
    1133 Avenue of the Americas
    New York, NY  10036
    (212) 336-2000
    rplobue@pbwt.com
    wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A*

**SO ORDERED:**

Dated:

_____       _____
New York, New York      United States District Judge