**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 7-Eleven, Inc., et al.,<br><br>      **Plaintiffs,**<br><br>v.<br><br>Visa Inc., et al.,<br><br>      **Defendants.** | **No. 13-cv-4442 (AKH)**<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREAS plaintiffs Ashley Furniture Industries, LLC (formerly known as Ashley Furniture Industries, Inc.); Barnes & Noble College Booksellers, LLC; Beall's, Inc.; Booking Holdings Inc. (formerly known as The Priceline Group Inc., formerly known as priceline.com Incorporated); Boscov's, Inc.; Brookshire Grocery Company; The Buckle, Inc.; Coborn's, Incorporated; Cracker Barrel Old Country Store, Inc.; Cumberland Farms, Inc.; D'Agostino Supermarkets, Inc.; Dick's Sporting Goods, Inc.; Dillard's, Inc.; Drury Hotels Company, LLC; Euromarket Designs, Inc., doing business as Crate & Barrel, Crate & Kids, CB2 and Hudson Grace; Meadowbrook, L.L.C. (formerly doing business as The Land of Nod); Family Dollar Stores, LLC (formerly known as Family Dollar Stores, Inc.); Family Express Corporation; Fleet Farm Wholesale Supply Co., Inc. (formerly known as Fleet Wholesale Supply Co., Inc.) and related entities; Foot Locker, Inc.; The Gap, Inc.; Genesco Inc.; HMSHost Corporation; IKEA North America Services, LLC; Jetro Cash & Carry Enterprises, LLC; Jetro Holdings, LLC; National Association of Convenience Stores; National Grocers Association; National Railroad Passenger Corporation; NIKE, Inc.; P.C. Richard & Son, Inc.; Panda Restaurant Group, Inc.; Panera Bread Company; priceline.com, LLC; Ralph Lauren Corporation; Recreational

1

Equipment, Inc.; Republic Services, Inc.; Restoration Hardware, Inc.; Swarovski U.S. Holding Limited; Thermo Fisher Scientific Inc.; Thorntons LLC (formerly known as Thorntons Inc.); Yum! Brands, Inc., Yum Restaurant Services Group, LLC, Taco Bell of America, LLC, Taco Bell Corp., KFC Corporation, Pizza Hut, LLC, Pizza Hut of America, LLC, and Yum! Restaurants International, Inc. ("Plaintiffs"), which are plaintiffs in the action *7-Eleven, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-4442 (S.D.N.Y.), having fully settled all of their claims against all of the defendants in the *7-Eleven* action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association, Mastercard International Incorporated and Mastercard Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Defendants") — by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  February 26, 2026

CONSTANTINE CANNON LLP

By: _____

   A. Owen Glist
   Ankur Kapoor
   Taline Sahakian
   230 Park Avenue, 17th Floor
   New York, NY   10169
   (212) 350-2776
   oglist@constantinecannon.com
   akapoor@constantinecannon.com
   tsahakian@constantinecannon.com

SHINDER CANTOR LERNER

   Jeffrey I. Shinder
   David Scupp
   14 Penn Plaza, 19th Floor
   New York, NY   10122
   (646) 960-8601
   jeffrey@scl-llp.com
   david@scl-llp.com

*Attorneys for Plaintiffs*

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ Robert J. Vizas

   Robert J. Vizas
   Three Embarcadero Center, 10th Floor
   San Francisco, CA   94111-4024
   (415) 471-3100
   robert.vizas@arnoldporter.com

   Anne P. Davis
   Matthew A. Eisenstein
   601 Massachusetts Avenue, NW
   Washington, DC   20001-3743
   (202) 942-5000
   anne.davis@arnoldporter.com
   matthew.eisenstein@arnoldporter.com

3

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**


By:   /s/ Nina Kovalenko
William B. Michael
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY   10019-6064
(212) 373-3000
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com
gcarney@paulweiss.com

Donna M. Ioffredo
2001 K Street, NW
Washington, DC   20006-1047
(202) 223-7300
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

4

**MORRISON & FOERSTER LLP**


By:    /s/ Michael B. Miller
    Michael B. Miller
    250 West 55th Street
    New York, NY   10019-9601
    (212) 468-8000
    mbmiller@mofo.com

    Natalie Fleming Nolen
    2100 L Street, NW, Suite 900
    Washington, DC   20037
    (202) 887-1500
    nflemingnolen@mofo.com

**ZEICHNER ELLMAN & KRAUSE LLP**

    Jantra Van Roy
    David B. Chenkin
    1211 Avenue of the Americas
    New York, NY   10036
    (212) 223-0400
    dchenkin@zeklaw.com


    *Attorneys for Defendants Bank of America*
    *Corporation, Bank of America, N.A., and FIA*
    *Card Services, N.A.*[1]

---

[1]  Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Dillard's, Inc., Gap, Inc., and GNC Holdings.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**


By:   /s/ Boris Bershteyn
      Boris Bershteyn
      Kamali P. Willett
      One Manhattan West
      New York, NY   10001-8602
      (212) 735-3000
      boris.bershteyn@skadden.com
      kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*


**SIDLEY AUSTIN LLP**


By:   /s/ Benjamin R. Nagin
      Benjamin R. Nagin
      Thomas A. Paskowitz
      787 Seventh Avenue
      New York, NY   10019
      (212) 839-5300
      bnagin@sidley.com
      tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payments Services, Inc.)*

6

**PATTERSON BELKNAP WEBB &TYLER LLP**

By:    /s/ Amy N. Vegari
       Amy N. Vegari
       William F. Cavanaugh
       1133 Avenue of the Americas
       New York, NY   10036
       (212) 336-2000
       avegari@pbwt.com
       wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A*

**SO ORDERED:**

Dated:

March 2, 2026
New York, New York

_____
United States District Judge

7