UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7-Eleven, Inc., et al.,<br><br>           **Plaintiffs,**<br><br>v.<br><br>Visa Inc., et al.,<br><br>           **Defendants.** | **CORRECTED**<br><br>**No. 13-cv-4442 (AKH)**<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREAS plaintiff Alimentation Couche-Tard Inc. (and doing business as Couche Tard, Circle K, Mac's Convenience Stores, Circle K Midwest, Circle K Food Stores, Bigfoot Food Stores, Handy Andy Food Stores, Dairy Mart, The Pantry, Kangaroo Express, On the Run, Holiday, Statoil, and Corner Stores; and on behalf of its U.S. subsidiaries and affiliates, including Couche-Tard U.S. Inc. (also known as Couche-Tard US), Circle K Stores, Inc., Mac's Convenience Stores LLC, Fuel South, LLC, Fuel South Express, LLC, Flash Foods, LLC, Flash Fuel, LLC, Flash Fuel, LP, CST Brands, LLC (formerly known as CST Brands, Inc.), and Holiday Stationstores, LLC; including but not limited to the interests of the above in relation to their stores acquired from Johnson Oil Company, Inc. (and doing business as Bigfoot Food Stores LLC and Mac's Convenience Stores LLC), Bruce Miller Oil Company, Handy Andy Food Stores, Dairy Mart, ConocoPhillips Company (and doing business as Circle K), Shell Oil Products, Exxon Mobil (and doing business as On the Run), Statoil Fuel & Retail ASA, The Pantry, Inc. (and doing business as The Pantry, Kangaroo Express, and Bean Street Coffee Company), CST Brands, Inc. (and doing business as Corner Store, Nice N Easy Grocery Shoppes (or Nice N Easy, and also known as Nice N Easy Grocery Shoppe, Inc. and Nice N Easy Grocery Shoppes, Inc.), and Flash Foods (also

1

known as Flash Foods, Inc. and Flash Foods Inc.), and Holiday Stationstores, LLC) ("Plaintiff"), which is one of the plaintiffs in the action *7-Eleven, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-4442 (S.D.N.Y.), having fully settled all of its claims against all of the defendants in that action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association, Mastercard International Incorporated and Mastercard Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Defendants") — by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: April 10, 2026.

CONSTANTINE CANNON LLP

By: _____
A. Owen Glist
Ankur Kapoor
Taline Sahakian
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 350-2776
oglist@constantinecannon.com
akapoor@constantinecannon.com
tsahakian@constantinecannon.com

2

**SHINDER CANTOR LERNER**

Jeffrey I. Shinder
David Scupp
14 Penn Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
jeffrey@scl-llp.com
david@scl-llp.com

*Attorneys for Plaintiff Alimentation Couche-Tard Inc.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

3

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By: /s/Donna M. Ioffredo
    William B. Michael
    Brette Tannenbaum
    Nina Kovalenko
    1285 Avenue of the Americas
    New York, NY   10019-6064
    (212) 373-3000
    wmichael@paulweiss.com
    btannenbaum@paulweiss.com
    nkovalenko@paulweiss.com

    Donna M. Ioffredo
    2001 K Street, NW
    Washington, DC   20006-1047
    (202) 223-7300
    dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated
and Mastercard International Incorporated*


MORRISON & FOERSTER LLP


By: /s/ Natalie Fleming Nolen
    Michael B. Miller
    250 West 55th Street
    New York, NY   10019-9601
    (212) 468-8000
    mbmiller@mofo.com

    Natalie Fleming Nolen
    2100 L Street, NW, Suite 900
    Washington, DC   20037
    (202) 887-1500
    nflemingnolen@mofo.com

4

**ZEICHNER ELLMAN & KRAUSE LLP**

Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY   10036
(212) 223-0400
dchenkin@zeklaw.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A.*[1]

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By:  /s/ Boris Bershteyn
     Boris Bershteyn
     Kamali P. Willett
     One Manhattan West
     New York, NY   10001-8602
     (212) 735-3000
     boris.bershteyn@skadden.com
     kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

---

[1]  Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Dillard's, Inc., Gap, Inc., and GNC Holdings.

**SIDLEY AUSTIN LLP**


By: s/ Benjamin R. Nagin

    Benjamin R. Nagin

    Thomas A. Paskowitz

    787 Seventh Avenue

    New York, NY   10019

    (212) 839-5300

    bnagin@sidley.com

    tpaskowitz@sidley.com


*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payments Services, Inc.)*


**PATTERSON BELKNAP WEBB &TYLER LLP**


By: /s/ Amy N. Vegari

    Amy N. Vegari

    William F. Cavanaugh

    1133 Avenue of the Americas

    New York, NY   10036

    (212) 336-2000

    avegari@pbwt.com

    wfcavanaugh@pbwt.com


*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A*


**SO ORDERED:**

Dated:

April 11, 2026

New York, New York

United States District Judge

6